IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHAHEED TAALIB'DIN MADYUN,                          MEMORANDUM

                        Plaintiff,                  08-cv-30-bbc

          v.

CAROL COOK,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order dated August 15, 2008, I informed plaintiff that the rate for daily witness fees is $40, mileage is $.485 per mile, and the per diem or room and meal rate for Madison is $138.   It has come to my attention that some of these rates have been revised.  The current rate for mileage is $.585 per mile and the per diem or room and meal rate for Madison is $143.  The daily witness fee is still $40.

Entered this 18th day of August, 2008.

                              BY THE COURT:

                                /s/


                              _____
                              BARBARA B. CRABB
                              District Judge

1

2