# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| SHAHEED TAALIB'DAN MADYUN, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | Case No.: 08-cv-030-bbc |
| v. | |
| CAROL COOK, | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant with prejudice.


JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____         _____9/15/08_____
**by Deputy Clerk**                                                                          Date